```
Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI
```

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

May 31, 2023

*Document Electronically Filed*
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMORANDUM ENDORSED

      Re:    Marden v. Commissioner of Social Security
               Docket No: 1:22-cv-10735-GWG

Hon. Judge Gorenstein:

      This letter respectfully requests an extension of time of fifty-nine (59) days for Plaintiff to file Plaintiff's Brief in this matter. Plaintiff's Brief is currently due on June 6, 2023; however, Plaintiff cannot complete the Brief on time.

      Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. For instance, between June 2, and August 2, 2023, staff in Counsel's office have two hundred and two (202) Plaintiff briefs due. This figure does not include Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief by the current deadline.

      Plaintiff's counsel has contacted defense counsel who kindly consents to this request. Further, pursuant to paragraph 1.E of this Court's Individual Practices, the parties have agreed on the below briefing schedule. This would be a first request to extend the time to file Plaintiff's Brief.

      If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before August 4, 2023;**
- **Defendant's Brief is due on or before October 5, 2023; and**
- **Plaintiff's Reply Brief, if any, is due on or before November 6, 2023.**

Thank you for your consideration.

                                                Respectfully submitted,

                                                */s/ Howard D. Olinsky*



Howard D. Olinsky, Esq.
Counsel for Plaintiff

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 1, 2023