| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | MEMORANDUM ENDORSED |
|---|---|

**JOSEPH MARDEN,**

                        **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　1:22-CV-10735-GWG

　　　　　　　　　　　　　　　　　　　　　NOTICE OF MOTION FOR
　　　　　　　　　　　　　　　　　　　　　ATTORNEY'S FEES
　　　　　　　　　　　　　　　　　　　　　PURSUANT TO SOCIAL
　　　　　　　　　　　　　　　　　　　　　SECURITY ACT § 206(b)(1)

**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**

      **PLEASE TAKE NOTICE** that Plaintiff, Joseph Marden, by his attorney, will move and hereby does move this Court for Attorney's Fees pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) and for such other and further relief as this Court may deem just and proper. This motion is based upon all pleadings filed to date and is supported by Plaintiff's Petition for Attorney's Fees pursuant to Social Security Act § 206(b)(1) and 42 U.S.C. § 406(b)(1) and attached Exhibits filed with this Court on June 12, 2024.

      **PLEASE TAKE FURTHER NOTICE** that this motion shall be considered submitted to the Hon. Gabriel W. Gorenstein, United States Magistrate Judge for the United States District Court for the Southern District of New York, on a date to be established by the court.

Executed this June 12, 2024.

                                                    Respectfully submitted,

                                                    */s/Howard D. Olinsky, Esq.*
                                                    Howard D. Olinsky, Esq.
                                                    Attorney for Plaintiff
                                                    Olinsky Law Group

250 S. Clinton St., Ste. 210
Syracuse, New York 13202
Phone: (315) 701-5780
Facsimile: 315-701-5781
Email: holinsky@windisability.com
NY Bar 2044865

Application granted. The Court has considered the factors enumerated in Gisbrecht v. Barnhart, 535 U.S. 789 (2002), and grants the application for reasons similar to those stated in Blizzard v. Astrue, 496 F. Supp. 2d 320 (S.D.N.Y. 2007).  Plaintiff's counsel Howard Olinsky is awarded $8,472.00 pursuant to 42 U.S.C. sec 406(b).  This amount is to be paid from the claimant's past-due benefits. Plaintiff's counsel is directed to reimburse plaintiff for fees previously received under the Equal Access to Justice Act.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 25, 2024